**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br> v.<br><br>KENDRA M. BOND,<br><br>      Defendant. | NO. CR10-382-MJP<br><br>SUMMARY REPORT OF<br>U.S. MAGISTRATE JUDGE AS<br>TO ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

  An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on April 19, 2011. The United States was represented by Assistant United States Attorney Andrew Colasurdo, and the defendant by Nancy Tenney.

  The defendant had been charged and convicted of Driving While Intoxicated, a Class A misdemeanor. On or about May 4, 2010, defendant was sentenced in the Eastern District of Virginia by U.S. Magistrate Judge Ivan D. Davis, to one year of probation.

  The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in a substance abuse program, may only operate a motor vehicle to and from work, to and from the Court, to and from her grandmother's medical appointments, and to and from treatment and the probation office.

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 1

1  In a Petition for Warrant or Summons, dated March 22, 2011, U.S. Probation Officer Jennifer Van Flandern asserted the following violations by defendant of the conditions of her supervised release:

    1.    Using marijuana on or before February 16, 2011, in violation of standard condition number seven.

    2.    Failing to participate in chemical dependency treatment as directed by probation since February 19, 2011, in violation of the special condition requiring she do so.

The defendant was advised of her rights and admitted alleged violations 1 and 2.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of her supervised release as to violations 1 and 2, and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has been set before the Honorable Marsha J. Pechman on April 22, 2011 at 4:00 p.m.

Pending a final determination by the Court, the defendant has been released, subject to supervision.

DATED this 19th day of April, 2011.

                                            */s/ James P. Donohue*
                                            JAMES P. DONOHUE
                                            United States Magistrate Judge

cc:    District Judge:          Honorable Marsha J. Pechman
        AUSA:                    Andrew Colasurdo
        Defendant's attorney:     Nancy Tenney
        Probation officer:        Jennifer Van Flandern

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 2